UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:05mj212 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| WILLIAM ALLEN BIRD | ) | |


Leave of Court is hereby granted for the dismissal of the Complaint in the above-

captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the

United States Attorney's Office.

**Signed: October 12, 2005**

Dennis L. Howell
United States Magistrate Judge